UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALPH THOMPSON, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:05-cr-20<br><br>Honorable Gordon J. Quist |

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on December 28, 2005, after receiving the written consent of defendant and all counsel. At the hearing, defendant Ralph Thompson entered a plea of guilty to Counts 9, 10, 11, 12, 13, and 52 of the Fourth Superseding Indictment, in exchange for the undertakings made by the government in the written plea agreement. Counts 9, 11, and 13 charge him with distribution of heroin in violation of 21 U.S.C. § 841(a). Count 52 charges him with possession with intent to distribute heroin, in violation of the same statute. Counts 10 and 12 charge him with distribution of cocaine in violation of the same statute. On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant

understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Counts 9, 10, 11, 12, 13, and 52 of the Fourth Superseding Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date:  December 29, 2005                                /s/ Ellen S. Carmody
                                                                             ELLEN S. CARMODY
                                                                             United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).