UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:05:CR:20

v.

                                    HON. GORDON J. QUIST

RALPH THOMPSON,

        Defendant.
_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 29, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Ralph Thompson's pleas of guilty to Counts 9, 10, 11, 12, 13, and 52 of the Fourth Superseding Indictment are accepted. Defendant Ralph Thompson is adjudicated guilty.

3. Defendant Ralph Thompson shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: January 23, 2006                                /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE